UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ORDER OF REASSIGNMENT**

Pursuant to the Retirement of Judge Peter A. Nowinski, and the recent appointment of United States District Judge John A. Mendez :

IT IS HEREBY ORDERED this action is reassigned from **Judge** David F. Levi to **Judge** John A. Mendez and from **Magistrate Judge** Peter A. Nowinski to **Magistrate Judge** Edmund F. Brennan for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:96-cv-1414 JAM EFB.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **May 30, 2008**

_____
GARLAND E. BURRELL, JR.
United States District Judge