1  MARK ST. ANGELO (SBN 74045)
   KARSHMER & ASSOCIATES
2  2150 Shattuck Avenue, suite 725
   Berkeley, CA 94704
3  Tel: (510) 841-5056

4  Attorneys for Plaintiff, Counterdefendants
   and Cross-Defendants
5
   ROBERT H. JOHNSON (SBN 048067)
6  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
7  California Plaza
   2180 Harvard Street, Suite 560
8  Sacramento, CA 95815
   Telephone: (916) 921-5800
9  Facsimile: (916) 921-0247

10 Attorneys for Defendants,
   Counterclaimants and Cross-Claimants
11

12
                    **IN THE UNITED STATES DISTRICT COURT**
13
                    **IN AND FOR THE DISTRICT OF CALIFORNIA**
14

15 SHINGLE SPRINGS RANCHERIA,         )   Case No. Civ. S-96-1414-JAM/JFM
                                      )
16     Plaintiff                      )   **STIPULATION FOR ENTRY OF**
                                      )   **JUDGMENT**
17 v.                                 )
                                      )
18 GRASSY RUN COMMUNITY SERVICES      )
   DISTRICT, a public entity, et al.  )
19                                    )
       Defendants.                    )
20 _____)
                                      )
21 GRASSY RUN COMMUNITY SERVICES      )
   DISTRICT,                          )
22                                    )
       Counterclaimant and            )
23     Cross-Complainant,             )
                                      )
24 v.                                 )
                                      )
25 SHINGLE SPRINGS RANCHERIA, et al., )
                                      )
26     Counterdefendants and          )
       Cross-Defendants.              )
27 _____)

28

                                     1

| | |
|---|---|
| GRASSY RUN HOMEOWNERS' ASSOCIATION, et al., | ) ) ) |
|     Defendants and Cross-Claimants in Intervention, | ) ) ) ) |
| v. | ) ) |
| SHINGLE SPRINGS RANCHERIA, SHINGLE SPRINGS OF MIWOK INDIANS, et al., | ) ) ) ) |
|     Counterdefendants and Cross-Defendants in Intervention. | ) ) ) ) |

The parties to this action having entered into an Agreement for Resolution of Litigation compromising and settling all remaining claims, counterclaims and cross-claims that are outstanding in this action, and said Agreement for Resolution of Litigation having been approved by the Bureau of Indian Affairs,

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their respective undersigned attorneys, that the Court may enter Judgment in the above-captioned action in the form set forth as Exhibit A hereto attached.

AND IT IS FURTHER STIPULATED by and between the parties to this action, by and through their respective undersigned attorneys, that the Resolutions attached hereto as Exhibits B, C and D are true and correct copies of the originals, and that said Resolutions have been duly and properly adopted by the entities to which they refer.

JOHNSON SCHACHTER & LEWIS

KARSHMER & ASSOCIATES

By   /s/ Mark St. Angelo
     MARK ST. ANGELO
     Attorneys for the Shingle Springs Rancheria, a/k/a Shingle Springs Band of Miwok Indians, a/k/a Shingle Springs Band of Indians, and Members of Its Tribal Council

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation

By /s/ Robert H. Johnson (as authorized on 8/13/08)
ROBERT H. JOHNSON
Attorneys for Grassy Run Community Services
District, the Grassy Run Homeowners' Association,
And their respective Officers and Directors

**ORDER**

The Court having read and considered the foregoing stipulation and the exhibits thereto, and good cause appearing therefor,

**IT IS SO ORDERED.**

DATED: August 14, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

JOHNSON SCHACHTER & LEWIS   (916) 921-0247